```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    LEE S. BICKLEY
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2724
 5
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  CASE NO. Cr. No. S-11-387 KJM
12                                )
                  Plaintiff,      )
13                                )  STIPULATION AND
    v.                            )  ORDER CONTINUING ARRAIGNMENT
14                                )
    MATTHEW A. SARAD,             )
15                                )
                  Defendant.      )
16                                )
                                  )
17                                )
                                  )
18                                )
                                  )
19                                )
20
21     IT IS HEREBY STIPULATED by and between the parties, subject to
22  the approval of the court, that the defendant's arraignment,
23  currently set for October 13, 2011, may be continued to October 27,
24  2011.
25                                   BENJAMIN B. WAGNER
                                     United States Attorney
26
27                                   By: /s/ R. Steven Lapham
                                        R. STEVEN LAPHAM
28                                      Assistant U.S. Attorney
                                   1
```

```
                                     /s/ Michelle Spaulding
                                    MICHELLE SPAULDING
                                    Counsel for Matthew A. Sarad
```

## O R D E R

Based on the foregoing stipulation, the defendant's arraignment is continued to October 27, 2011.  Defense counsel shall advise the defendant of the new date and the defendant is hereby ordered to appear on that date.

October 13, 2011

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

sarad.eot