```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATTHEW A. SARAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No.  2:11-cr-387 KJM |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | STIPULATION AND ORDER CONTINUING |
|      v.                           ) | CASE AND EXCLUDING TIME |
|                                   ) | |
| MATTHEW A. SARAD,                 ) | |
|                                   ) | Date:  December 1, 2011 |
|             Defendant.            ) | Time:  10:00 a.m. |
|                                   ) | Judge: Hon. Kimberly J. Mueller |
| _____   ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney R. Steven Lapham, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the status conference scheduled for December 1, 2011, in the above matter be vacated and that the matter be continued until February 23, 2012, for status conference.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.*, be excluded pursuant to § 3161(h)(7)(B)(ii) & (iv), Local Codes T-2 & T-4, because this case arises in an unusual and factually complex setting, and counsel needs at least the requested time to review approximately 13,000 pages of

initial discovery, to identify and evaluate a large number of events which occurred over a number of years involving a large number of potential fact witnesses located throughout the country, many of whom the government describes as investors and potential victims, and to identify needed avenues of investigation and other defense preparation.

**IT IS FURTHER STIPULATED** and the court is requested to find that in light of the above representations of counsel, the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Dated:  November 22, 2011         */S/ R. Steven Lapham*
                                  R. Steven Lapham
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff


Dated:  November 22, 2011         */S/ Jeffrey L. Staniels*
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATTHEW A. SARAD

**O R D E R**

The above stipulation of counsel is accepted.  The status conference currently scheduled in this matter for December 1, 2011, is hereby vacated and the matter is continued to February 23, 2012, at 10:00 a.m. on this court's regular criminal calendar for status conference.

Based on the representations of counsel in the above stipulation the court finds that this matter should be and is declared to be a complex matter within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

Stipulation and Order
for Continuance and Exclusion
of Time                              -2-

1  Based also on the representations of counsel, the court also finds that
2  the interests of justice served by granting this continuance, based on
3  18 U.S.C. § 3161(h)(B)(ii) & (iv), Local Codes T-2 and T-4, outweigh
4  the interests of the public and of the defendant in a speedy trial.
5      **IT IS SO ORDERED.**
6                                By the Court
7
8  Date: November 23, 2011.
9                                        _____
10                                       UNITED STATES DISTRICT JUDGE