BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0387 KJM |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| MATTHEW A. SARAD, | |
| Defendant. | |

Upon oral motion of the United States of America at a hearing on November 3, 2015, good cause having been shown, and for the reasons stated on the record at that hearing,

**IT IS HEREBY ORDERED** that the attached unredacted copy of Government's Exhibit 1 admitted at the restitution hearing held on November 3, 2015 be, and is, hereby ordered sealed until further order of this Court.

Dated: November 4, 2015

Hon. KIMBERLY J. MUELLER
UNITED STAES DISTRICT COURT JUDGE

Sealing Order

1